# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITHA M. FLORES,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 15-05734 DDP (AFM)<br><br>**ORDER TO SHOW CAUSE** |

By Order filed September 16, 2015, plaintiff was ordered to serve the Summons and Complaint on defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and file an appropriate proof of service within 30 days of the date of the September 16, 2015 order. The docket shows that, as late as the date of this Order, plaintiff has not filed a proof of service.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute. The filing of the proof of service of the Summons and Complaint within 20 days shall discharge the order to show cause.

DATED: 11/6/2015

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE