# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITHA M. FLORES,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 15-05734 DDP (AFM)<br><br>**JUDGMENT** |

   This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The Court, having accepted the Report,

   IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:  January 5, 2017

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE